KAREN STEPHENS, Plaintiff, v U.S.A. GENERAL CONTRACTORS CORP. et al., Respondents, and SASCO CONSTRUCTION CO., INC., Appellant, et al., Defendants. [954 NYS2d 481]—

On this appeal, the appellant asserts that its motion to vacate its default should have been granted in the interest of justice. We disagree. The Supreme Court did not, under the circumstances of this case, improvidently exercise its discretion in denying the appellant's motion to vacate the order dated October 16, 2009. Skelos, J.P., Balkin, Lott and Miller, JJ., concur.